UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2025
```

HDI GLOBAL INSURANCE CO.,

                    Plaintiff,

          -v-

OCEANLINK GLOBAL, INC., *et al.*,

                    Defendants.

**ORDER**

24-CV-2943 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated October 22, 2025, this case was referred to the undersigned for settlement.  ECF No. 39.

A conference is scheduled on **November 25, 2025,** at **2:00 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 174 131 840#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: October 23, 2025
          New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1