UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2025

HDI GLOBAL INSURANCE CO.,

Plaintiff,

**ORDER**

-v-

24-CV-2943 (JHR) (HJR)

OCEANLINK GLOBAL, INC., *et al.*,

Defendants.

**HENRY J. RICARDO, United States Magistrate Judge.**

In light of the Stipulation and Order of Dismissal filed by the Parties on December 15, 2025, ECF No. 44, the conference scheduled for December 15, 2025 is cancelled.

**SO ORDERED.**

Dated: December 15, 2025
        New York, New York

Henry J. Ricardo
United States Magistrate Judge

1